## Commonwealth *v.* Stanton, Appellant.

Submitted December 16, 1975. *Wesley M. Wasylik*, for appellant; *Michael E. Riskin*, Assistant District Attorney, and *Charles H. Spaziani*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.